# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LATOYA LATRICE HAWKINS

VERSUS

D.R. HORTON, INC.-GULF COAST, ET AL.

CIVIL ACTION

24-84-SDD-SDJ

## RULING

The Court has carefully considered the *Motions,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated August 29, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Motions to Dismiss filed by Dean Morris, LLC;[3] the Diment Firm, LLC;[4] and Lakeview Loan Servicing, LLC[5] are GRANTED, and Plaintiff's claims against Dean Morris, LLC; the Diment Firm, LLC; and Lakeview Loan Servicing, LLC are DISMISSED.

**IT IS FURTHER ORDERED** that Plaintiff is permitted, if she wishes, to file an Amended Complaint with the Court within 21 days of the Court's ruling granting the Motions to Dismiss. Should Plaintiff fail to file an Amended Complaint by this deadline,

---

[1] Rec. Doc. 6, 9 and 19.
[2] Rec. Doc. 35.
[3] Rec. Doc. 6.
[4] Rec. Doc. 9.
[5] Rec. Doc. 19.

her claims against Dean Morris, LLC, the Diment Firm, LLC, and Lakeview Loan Servicing, LLC, shall be dismissed with prejudice.

Signed in Baton Rouge, Louisiana the  17th  day of September, 2024.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**