UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LATOYA LATRICE HAWKINS

VERSUS

D.R. HORTON, INC.-GULF COAST, ET AL

CIVIL ACTION

24-84-SDD-SDJ

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated November 12, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by Defendant Gateway Mortgage Group (R. Doc. 29) is GRANTED and that all of Plaintiff's claims against it are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana the 11 day of December, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 37.
[2] Rec. Doc. 38.