# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LATOYA LATRICE HAWKINS

VERSUS

D.R. HORTON, INC.-GULF COAST, ET AL.

CIVIL ACTION

24-84-SDD-SDJ

## RULING AND ORDER

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated September 4, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Motion for Judgment on the Pleadings filed by Defendant MERS[3] is GRANTED, and all claims against MERS are DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana the __3rd__ day of October, 2025.

_____

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 37.
[2] Rec. Doc. 42.
[3] Rec. Doc. 37.